# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

MINERVA WILLIS,

    Plaintiff,

v.                                                                             Case No.  3:19-cv-00123-DJH-CHL

USAA FEDERAL SAVINGS BANK,

    Defendants.

## **NOTICE OF PENDING SETTLEMENT**

    Plaintiff, Minerva Willis, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                Respectfully submitted,

                                                *s/ Joshua Kersey*_____
                                                Joshua Kersey
                                                Florida Bar No.: 87578
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                201 N Franklin Street, 7th Floor
                                                Tampa, Florida 33602
                                                Telephone: (813) 223-5505
                                                Facsimile: (813) 559-4845
                                                JKersey@ForThePeople.com
                                                JessicaK@ForThePeople.com
                                                *Counsel for Plaintiff, Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 31, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically serve a copy on all counsel of record.

*s/Joshua Kersey*
Joshua Kersey
