# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

MINERVA WILLIS

    Plaintiff,

v.                                     Case No. 3:19-cv-00123-DJH-CHL

USAA FEDERAL SAVINGS BANK,

    Defendant.

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismissal of this action with prejudice and with each party to bear its own costs of court, thereby concluding this matter in its entirety.

Respectfully submitted,

| | |
|---|---|
| *s/ Joshua R. Kersey* | *s/ David M. Krueger* |
| Joshua R. Kersey (Pro Hac Vice) | David M. Krueger (Pro Hac Vice) |
| Florida Bar No. 087578 | Nora K. Cook (Pro Hac Vice) |
| MORGAN & MORGAN, PA | Steven A. Oldham (91795) |
| 201 North Franklin Street, 7th Floor | BENESCH, FRIEDLANDER, COPLAN |
| Tampa, Florida 33602 | & ARONOFF LLP |
| Telephone: (813) 223-5505 | 200 Public Square, Suite 2300 |
| Facsimile: (813) 222-2490 | Cleveland, Ohio 44114-2378 |
| JKersey@ForThePeople.com | Telephone: 216.363.4500 |
| CheyenneReed@ForThePeople.com | Facsimile: 216.363.4588 |
| *Attorney for Plaintiff* | dkrueger@beneschlaw.com |
| | ncook@beneschlaw.com |
| | soldham@beneschlaw.com |
| | *Attorneys for USAA Federal Savings Bank* |